## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MALIBU MEDIA LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 13 C 6309 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| JOHN DOE | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's motion to seal Exhibit C to the Complaint [8] is granted. The Clerk shall seal Exhibit C to the Complaint [1-3].

Date: October 3, 2013

_____
U.S. District Judge Joan H. Lefkow